

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Make Chen | |
| **Plaintiff,** | **Civil Action No.**  26-cv-2687-RSH-BJW |
| V. | |
| See attached | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition is DISMISSED as moot. The case is hereby closed.

**Date:**        7/8/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Cortez

A. Cortez, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 26-cv-2687-RSH-BJW

Markwayne Mullin, Secretary of the Department of Homeland Security; Todd Blanche, Acting Attorney General; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement; Jesus Rocha, Acting Field Office Director, San Diego Field Office; Jeremy Casey, Warden at Imperial Regional Detention Center